# United States District Court Violation Notice

**CVB Location Code:** EC62

**Violation Number:** 2625521
**Officer Name (Print):** Reier
**Officer No.:** 1624

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/27/11 6:48PM
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36CFR 4.23(a)(1)

**Place of Offense:** Hwy-12, S. of Bonner Bridge

**Offense Description: Factual Basis for Charge:** DUI operator incapable of safe operation.

HAZMAT ☐

## DEFENDANT INFORMATION

**Last Name:** Williams
**First Name:** Richard
**M.I.:** —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Notice Served
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2009)    Original - CVB Copy

# United States District Court
## Violation Notice

**CVB Location Code:** EC62

**Violation Number:** 2625522
**Officer Name (Print):** Reier
**Officer No.:** 1624

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/27/11 6:48PM
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36CFR 4.23(2)

**Place of Offense:** Hwy 12, S. of Bonner Bridge

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Operators BrAC exceeds 0.08.

### DEFENDANT INFORMATION
**Phone:** [redacted]

**Last Name:** Williams
**First Name:** Richard
**M.I.:** —

[defendant information redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

N/A

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ **Total Collateral Due**

### YOUR COURT DATE
*(If no court appearance date is shown, you will be notified of your appearance date by mail.)*

**Court Address:** Notice Served
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature** [signature]

(Rev. 01/2009)   Original - CVB Copy

# United States District Court Violation Notice

**CVB Location Code:** EC6Z

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2625523 | Reier | 1624 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/27/11 6:48PM
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36CFR 4.21(3)
**Place of Offense:** Hwy 12, S. of Bonner Bridge
**Offense Description: Factual Basis for Charge:** Speeding 72mph in a posted 55 mph zone.

HAZMAT ☐

2625523

## DEFENDANT INFORMATION

**Last Name:** Williams
**First Name:** Richard
**M.I.:** —

[Street Address and other personal information redacted]

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

M/A

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Notice Served
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _[signature]_

(Rev. 01/2009)   Original - CVB Copy