UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NUMBER: 2:11-mj-1071

UNITED STATES OF AMERICA :
:
vs. : <u>REQUEST FOR DISCOVERY</u>
:
RICHARD WILLIAMS, :
          Defendant :

NOW COMES the defendant, RICHARD WILLIAMS, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and requests the following items from the Government:

1. All written or recorded statements made by the Defendant within the possession, custody or control of the Government which are material to the preparation to Defendant's defense or are intended for use by the Government as evidence at the trial.

2. The substance of any oral statement made by the Defendant which the Government intends to offer into evidence at the trial.

3. A copy of the Defendant's criminal record.

4. To permit the Defendant to inspect and copy books, papers, documents, photographs, tangible objects, buildings or places or copies thereof which are in the possession, custody or control of the Government, which are material to the preparation to Defendant's defense or are intended for use by the Government as evidence at trial, or were obtained from or belonged to the Defendant.

5. Copies of Intoxilyzer maintenance and/or preventive maintenance records and Alco-Sensor maintenance and/or preventive maintenance records for the instruments used to conduct analysis of the Defendant's breath; a copy of the certification of maintenance personnel performing the maintenance on the Alco-Sensor and instruments used to conduct analysis of the Defendant's breath; and a copy of the chemical analyst's certification.

6. Results of any reports, scientific tests or experiments within the possession, custody or control of the Government which are material to the preparation to the Defendant's defense or intended for use by the Government as evidence at trial.

This the 13th day of July, 2011.

TEAGUE & GLOVER, P.A.
Attorneys at Law
408 E. Colonial Avenue
Elizabeth City, N.C. 27909
Telephone: (252) 335-0878
Facsimile: (252) 335-1373

By: _____/s/_____
      D. Keith Teague
      State Bar No. 5855
      Attorney for the Defendant

# CERTIFICATE OF SERVICE

This is to certify that the undersigned this date served this document in the above-entitled action upon all parties to this cause by:

[ ] Handing it to the attorney(s) or to the party(ies) listed below, or leaving it at the attorney(s) office with a partner or employee of the attorney(s) listed below;

[ ] Mailing it by depositing it enclosed in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service addressed to the last known address of the attorney(s) or to the party(ies) listed below.

Assistant United States Attorney for the Eastern District<br>
310 New Bern Avenue<br>
Suite 800, Federal Building<br>
Raleigh, North Carolina 27601-1461

This the 13th day of July, 2011.

_____/s/_____
D. Keith Teague