UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NUMBER: 2:11-mj-1071

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MOTION TO MODIFY ORDER |
| vs. | : | SETTING CONDITIONS OF |
| | : | RELEASE |
| RICHARD WILLIAMS, | : | |
| Defendant | : | |

COMES NOW the defendant, RICHARD WILLIAMS, by and through his undersigned attorney, and respectfully requests this Court to modify the conditions of the Order Setting Conditions of Release by terminating paragraph 7(v) "Surrender Drivers License." In support of this motion the defendant shows unto the Court that:

1. The defendant was arrested and charged with operating under the influence of alcohol on Friday, May 27, 2011 in connection with dui Operator Incapable of Safe Operation; Operate BAC Exceeds .08; and Speeding 72 mph in a Posted 55 mph Zone.

2. As a condition of his pretrial release the defendant was ordered to surrender his drivers license on Friday, May 27, 2011 and has been without his drivers license since that time.

3. The defendant works for E.G. Middleton, Inc. The defendant is in need of his license so that he may work as a lineman.

4. The defendant's court date is presently set for Monday, July 18, 2011 in Elizabeth City.

WHEREFORE, defendant respectfully requests this Honorable Court modify the Order Setting Conditions of Release so as to allow the immediate return of the defendant's drivers license.

This the 13th day of July, 2011.

                TEAGUE & GLOVER, P.A.
                Attorneys at Law
                408 East Colonial Avenue
                Elizabeth City, NC 27909
                Telephone: (252) 335-0878
                Facsimile: (252) 335-1373

By:_____/s/_____
       D. Keith Teague
       N.C. State Bar #5855
       Attorney for the Defendant

CERTIFICATE OF SERVICE

This is to certify that the undersigned this date served this document in the above entitled action upon all parties to this cause by mailing it to

        Assistant United States Attorney for the Eastern District
        310 New Bern Avenue
        Suite 800, Federal Building
        Raleigh, North Carolina 27601-1461

This the 13th day of July, 2011.

                                                _____/s/_____
                                                D. Keith Teague