UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NUMBER: 2:11-M-1071

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : ORDER |
| RICHARD WILLIAMS, Defendant | : |

On motion of the defendant, without objection from the government, the Court allows the modification of the Order Setting Conditions of Release and hereby allows the return of the defendant's driver's license pending further Order of the court.

This 20 day of July, 2011.

TERRENCE W. BOYLE
U.S. District Judge