UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

VIOLATION NUMBERS: 2:11-mj-1071

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : **MOTION FOR CONTINUANCE** |
| RICHARD WILLIAMS, | : |
| Defendant | : |

**COMES NOW** the defendant, RICHARD WILLIAMS, by and through his undersigned attorney, and respectfully requests a continuance of this trial, which is set for Monday, July 16, 2012 at 10:00 A.M. Defendant shows in support of this motion:

1. That D. Keith Teague has been retained to represent the defendant in this matter.
2. Our Expert is in treatment for cancer and will not be available to be in Court on July 16, 2012. Letter regarding his status is attached.

**WHEREFORE**, defendant respectfully requests this Honorable Court to continue this case to another date certain.

This the 12th day of July, 2012.

TEAGUE & GLOVER, P.A.
Attorneys at Law
408 East Colonial Avenue
Elizabeth City, NC 27909
Telephone: (252) 335-0878
Facsimile: (252) 335-1373

By:__/s/ D. Keith Teague_____
    D. Keith Teague
    State Bar #5855
    Attorney for the Defendant

## CERTIFICATE OF SERVICE

This is to certify that the undersigned this date served this document in the above-entitled action upon all parties to this cause by:

[ ]  Handing it to the attorney(s) or to the party(ies) listed below, or leaving it at the attorney(s) office with a partner or employee of the attorney(s) listed below;

[ ]  Mailing it by depositing it enclosed in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service addressed to the last known address of the attorney(s) or to the party(ies) listed below.

[ x ]  E-filing

        Assistant United States Attorney for the Eastern District
        310 New Bern Avenue
        Suite 800, Federal Building
        Raleigh, North Carolina 27601-1461

This the 12th day of July, 2012.

        __/s/ D. Keith Teague_____
        D. Keith Teague